IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GONJA YAYLA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-4395 |
| | : | |
| v. | : | |
| | : | |
| VALLEY YOUTH HOUSE t/a and/or d/b/a | : | |
| VALLEY YOUTH HOUSE | : | |
| COMMITTEE, INC., VALLEY YOUTH | : | |
| HOUSE ENDOWMENT FOUNDATION | : | |
| and/or VALLEY YOUTH HOUSE, SPE, | : | |
| LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of March, 2022, after a telephonic hearing on the parties' joint motion for approval of the settlement (Doc. No. 37), during which the court approved the settlement after finding the agreement to be a fair and reasonable resolution of the parties' bona fide dispute under the Fair Labor Standards Act, it is hereby **ORDERED** that the clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.